UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-00282-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO CHANGE NAME |
| | ) | |
| JORGE ALBARADO JR | ) | |

Upon motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, joined by counsel for the defendant, it is hereby ORDERED that all court records pertaining to JORGE JR ALBARADO be changed to correctly reflect the proper identification of the defendant as JORGE ALBARADO JR.

This the 16th day of January, 2015.

LOUISE W. FLANAGAN
United States District Judge